# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Tiffany D. Smith

                          Plaintiff,

v.                                          Case No.: 1:16–cv–07408

                                                    Honorable John Z. Lee

Swap.com

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 13, 2017:

       MINUTE entry before the Honorable John Z. Lee: Status hearing held on 4/13/17. Plaintiff is not present. For the reasons stated on the record, this case is dismissed for want of prosecution. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.